1
2
3
4                          UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    CHRISTOPHER EDWARD WHITE,                Case No.  14-cv-01757-KAW
                Plaintiff,
8                                             ORDER REQUIRING ADDITIONAL
         v.                                   INFORMATION IN SUPPORT OF
9                                             MOTION TO WITHDRAW AS COUNSEL
     CAROLYN W. COLVIN,
10                                            Dkt. No. 6
                Defendant.
11
12

United States District Court
Northern District of California

13          On December 17, 2014, attorney Steven I. Shaw filed a motion to withdraw as counsel for

14   Plaintiff Christopher Edward White. (Mot., Dkt. No. 6.)  As an initial matter, Mr. Shaw did not

15   properly notice this motion as required by the Court's Standing Order, and it must be re-noticed

16   for a regular hearing date.  Further, Mr. Shaw did not include a supporting declaration from

17   Plaintiff confirming his representation that Plaintiff wants to terminate their attorney-client

18   relationship.

19          Additionally, Mr. Shaw represents that "Movant's withdrawal will not cause any prejudice

20   to Plaintiff or further delay in this case." (Mot. at 2.)  To the contrary, this social security case was

21   filed on April 16, 2014, and does not appear to have been prosecuted.  There is no indication that

22   the Commissioner has received notice of the lawsuit.  On June 4, 2014, Plaintiff filed a "Notice of

23   Lawsuit and Request to Waive Service of a Summons," but that document does not appear to have

24   ever been signed and returned, no certificate of service was filed, and the Government has not

25   answered.  The Court is particularly concerned because it is uncommon for pro se litigants to

26   prevail in social security cases.

27          Accordingly, on or before **February 6, 2015**, Mr. Shaw must provide, in writing:

28          1.       A supplemental brief, including relevant case law, explaining why the complaint

1   was not timely served, he has not otherwise prosecuted this case, and why he believes that his

2   withdrawal at this late date would not prejudice his client.  This brief shall be accompanied by a

3   supporting declaration.

4           2.       A declaration from Mr. White confirming that he does not want Mr. Shaw to

5   represent him and his reasons for terminating Mr. Shaw's representation.

6           As provided above, Plaintiff's counsel shall re-notice his motion for a date on or after

7   **February 19, 2015**, to provide the Court with sufficient time to review the submissions.  Both Mr.

8   Shaw and Mr. White shall appear at the forthcoming hearing in person.

9           Plaintiff's counsel shall serve Mr. White with a copy of this order, and any other filings in

10  this case, until this motion is resolved.  This requires Counsel to electronically file certificates of

11  service for every filing to show that he is complying with this order.

12          IT IS SO ORDERED.

13  Dated: January 5, 2015

14  _____

15  KANDIS A. WESTMORE
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2