UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EDWARD WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No.  14-cv-01757-KAW<br><br>ORDER TO SHOW CAUSE |

Plaintiff, who is represented by counsel, commenced this Social Security case on April 16, 2014.  (Compl., Dkt. No. 1.)  On June 12, 2014, she consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c).  (Pl.'s Consent, Dkt. No. 5.)

Summons was issued on February 19, 2015.  (Summons, Dkt. No. 12.)  Since the issuance of summons, Plaintiff has not filed a certificate of service showing that the Defendant has been served within the 120-day deadline set forth in Rule 4(m) of the Federal Rules of Civil Procedure or that Defendant has been served as required by Rule 4(i).[1]  Accordingly, Plaintiff is ORDERED to show cause why this matter should not be dismissed for failure to timely and properly serve Defendant.  Plaintiff shall file a response to this order to show cause within 14 days.

**IT IS SO ORDERED.**

Dated: 11/09/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] On February 5, 2015, prior to the issuance of summons, Plaintiff did file a certificate of service.  That certificate, however, indicates that the Office of the Regional Chief Counsel for the Social Security Administration was the only party served.