1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7    CHRISTOPHER EDWARD WHITE,                    Case No.  14-cv-01757-KAW
                    Plaintiff,
8
            v.                                    **ORDER REQUIRING SUPPLEMENTAL
9                                                 RESPONSE TO ORDER TO SHOW
     CAROLYN W. COLVIN,                           CAUSE**
10
                    Defendant.                    Re: Dkt. Nos. 13, 14
11

12

13          Plaintiff, who is represented by counsel, commenced this Social Security case on April 16,

14   2014.  (Compl., Dkt. No. 1.)  On June 12, 2014, he consented to the undersigned's jurisdiction

15   pursuant to 28 U.S.C. § 636(c).  (Pl.'s Consent, Dkt. No. 5.)

16          Summons was issued on February 19, 2015.  (Summons, Dkt. No. 12.)  Since the issuance

17   of summons, Plaintiff has not filed a certificate of service showing that the Defendant has been

18   served within the 120-day deadline set forth in Rule 4(m) of the Federal Rules of Civil Procedure

19   or that Defendant has been served as required by Rule 4(i).[1]

20          Accordingly, the Court issued an order requiring Plaintiff "to show cause why this matter

21   should not be dismissed for failure to timely and properly serve Defendant."  (Nov. 9, 2015 OSC,

22   Dkt. No. 13.)  Plaintiff was to file a written response to the order within 14 days.  (*Id.*)

23          Plaintiff filed a timely response on November 21, 2015.  (Pl.'s Response, Dkt. No. 14.)

24   The filing, however, does not sufficiently respond to the order to show cause in that it fails to

25   address why this matter should not be dismissed for failure to timely and properly serve

26

27   ────────────────────
     [1] On February 5, 2015, prior to the issuance of summons, Plaintiff did file a certificate of service.
28   That certificate, however, indicates that the Office of the Regional Chief Counsel for the Social
     Security Administration was the only party served.

United States District Court
Northern District of California

1    Defendant.  It does not address whether service was timely under Rule 4(m) of the Federal Rules

2    of Civil Procedure or whether service was properly effected under Rule 4(i).  As to the former,

3    Plaintiff merely states:  "[a] OneLegal, LLC Order Status document states that the service date

4    was March 3, 2015 at 12:30PM.  I surmise that the Social Security Administrative has taken the

5    position that the Summons was not served in a timely manner."  (*Id.* at 2.)  Given the filing date of

6    this case, April 16, 2014, and the 120-day time limit set forth in Rule 4(m), the Court is inclined to

7    find that such a position would be correct.  Plaintiff, however, does not state his position on the

8    issue.

9         As to the latter, the only certificate of service Plaintiff filed with his response shows that

10   the only party served was the Office of Regional Chief Counsel for the Social Security

11   Administration.  This suggests Plaintiff has not complied with Rule 4(i), which also requires

12   service on the local U.S. attorney's office and the Attorney General of the United States.  Fed. R.

13   Civ. P. 4(i).  Plaintiff did not address this issue in his response.

14        The Court will provide Plaintiff one additional opportunity to address these issues in a

15   supplemental response, which shall be filed within 14 days of this order.  To be clear, Plaintiff

16   shall address (1) whether service was timely under Rule 4(m) and, if not, why the case should not

17   be dismissed,[2] and (2) whether service was effected as required by Rule 4(i).  If Plaintiff fails to

18   satisfactorily address these issues, the Court will dismiss this action for failure to timely and

19   properly serve Defendant.

20        IT IS SO ORDERED.

21   Dated: 11/24/15

22                                                         KANDIS A. WESTMORE
                                                           United States Magistrate Judge
23

24

25

26

27   _____
     [2] Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served 120 days after
28   the complaint is filed, the court . . . must dismiss the action without prejudice against the
     defendant . . . ."

                                                    2

United States District Court
Northern District of California